IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTINA W. BRASCHER, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:10CV256–HEH
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

## ORDER

THIS MATTER is before the Court on the Report and Recommendation of the Magistrate Judge (Dk. No. 10), filed on March 11, 2011. For the reasons stated in the accompanying Memorandum Opinion, the R&R is ADOPTED. Accordingly, Plaintiff's Motion for Summary Judgment (Dk. No. 7), filed on July 19, 2010, is GRANTED; Defendant's Motion for Summary Judgment (Dk. No. 9), filed on August 20, 2010, is DENIED; and the case is REVERSED and REMANDED to the Social Security Administration for further proceedings consistent with the accompanying Memorandum Opinion and the Report and Recommendation of the Magistrate Judge.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: April 25, 2011
Richmond, VA